452

**Dennis SOBIN, Appellant**

v.

**Janese BECHTOL, Appellee.**

No. 05–7032.

United States Court of Appeals,
District of Columbia Circuit.

Oct. 31, 2005.

Dennis Sobin, Washington, DC, pro se.

Stacy Louise Anderson, Assistant Attorney General, Office of Attorney General for the District of Columbia, Washington, DC, for Appellee.

Before GINSBURG, Chief Judge, and SENTELLE and BROWN, Circuit Judges.

*JUDGMENT*

PER CURIAM

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the district court's judgment, filed March 2, 2005, be affirmed. The district court did not abuse its discretion in denying appellant's request for a temporary restraining order, *see Jacksonville Port Authority v. Adams*, 556 F.2d 52, 57 (D.C.Cir.1977), because appellant did not satisfy the stringent standards necessary for the injunctive relief he sought. *See Cobell v. Norton*, 391 F.3d 251, 259 (D.C.Cir.2004). And because appellant sought only injunctive relief, the district court properly dismissed the complaint.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.